IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| KEVIN JESSE SCRIVENER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:23-cv-06123-SRB |
| | ) | |
| vs. | ) | |
| | ) | |
| TRANS UNION LLC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Anthony F. Rupp of Foulston Siefkin, LLP enters his appearance on behalf of Defendant LexisNexis Risk Solutions, Inc.

Respectfully submitted,

FOULSTON SIEFKIN, LLP

By: */s/ Anthony F. Rupp*
   Anthony F. Rupp, MO #39081
   7500 College Boulevard, Suite 1400
   Overland Park, Kansas 66210
   T (913) 498-2100 | F (913) 498-2101
   trupp@foulston.com

ATTORNEY FOR DEFENDANT
LEXISNEXIS RISK SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

      I certify that on the 24th day of October 2023, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record, and a true and correct copy was served by electronic mail upon:

    Jenna Dakroub
    CONSUMER ATTORNEYS
    jdakroub@consumerattorneys.com

    ATTORNEY FOR PLAINTIFF

                                                     */s/ Anthony F. Rupp*
                                                      Anthony F. Rupp