UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| KEVIN JESSE SCRIVENER, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION LLC, et al., <br><br> Defendants. | Case No. 5:23-cv-06123-SRB |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT LEXISNEXIS RISK SOLUTIONS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Kevin Jesse Scrivener ("Plaintiff") served a copy of the Summons and Complaint on Defendant LexisNexis Risk Solutions, Inc. ("LexisNexis Risk") on September 26, 2023. accordingly, LexisNexis Risk's responsive pleading was due on October 17, 2023.

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), LexisNexis Risk respectfully requests that this Court enter an order extending by twenty-one (21) days the deadline for LexisNexis Risk to respond to Plaintiff's Complaint (Dkt. 1) through and including November 7, 2023. Counsel for Plaintiff consents to this request.

Good cause exists as the parties have worked cooperatively and diligently, neither party has previously sought any other time extension in this case, and no party will be prejudiced by this extension.

A Proposed Order is attached hereto as Exhibit A.

Respectfully submitted this 25th day of October 2023.

**FOULSTON SIEFKIN, LLP**

By: */s/ Anthony F. Rupp*
    Anthony F. Rupp, MO #39081
    7500 College Boulevard, Suite 1400
    Overland Park, KS 66210
    T (913) 498-2100 | F (913) 498-2101
    trupp@foulson.com

*Counsel for Defendant*
*LexisNexis Risk Solutions, Inc.*

By: */s/ Jenna Dakroub*
    Jenna Dakroub #73255 (MO)
    CONSUMER ATTORNEYS
    8245 N. 85th Way
    Scottsdale, AZ 85258
    Phone: (602) 807-1525
    Fax:    (718) 715-1750
    jdakroub@consumerattorneys.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 25th day of October 2023.

    */s/ Anthony F. Rupp*
    Anthony F. Rupp

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

KEVIN JESSE SCRIVENER,

    Plaintiff,

v.

TRANS UNION LLC, et al.,

    Defendants.

Case No. 5:23-cv-06123-SRB

## PROPOSED ORDER

This matter came before the Court on a Joint Motion for Extension of Time for Defendant LexisNexis Risk Solutions, Inc. to Respond to Plaintiff's Complaint.

Upon consideration thereof, and upon good cause shown, it is hereby ORDERED:

(1) The Joint Motion is GRANTED; and

(2) LexisNexis Risk must file its response to Plaintiff's Complaint no later than November 7, 2023.

IT IS SO ORDERED, this _____ day of _____, 2023.

_____
Hon. Stephen R. Bough
United States District Judge