# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| KEVIN JESSE SCRIVENER, | )<br>) |
| Plaintiff, | ) Case No. 5:23-cv-06123-SRB<br>) |
| vs. | )<br>) |
| TRANS UNION LLC, *et al.*, | )<br>) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Cameron S. Bernard of Foulston Siefkin, LLP enters his appearance on behalf of Defendant LexisNexis Risk Solutions, Inc.

 

Respectfully submitted,

FOULSTON SIEFKIN, LLP

By: */s/ Cameron S. Bernard*
    Camerson S. Bernard, MO #75336
    7500 College Boulevard, Suite 1400
    Overland Park, Kansas 66210
    T (913) 498-2100 | F (913) 498-2101
    cbernard@foulston.com

ATTORNEY FOR DEFENDANT
LEXISNEXIS RISK SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I certify that on the 25th day of October 2023, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record, and a true and correct copy was served by electronic mail upon:

Jenna Dakroub
CONSUMER ATTORNEYS
jdakroub@consumerattorneys.com

ATTORNEY FOR PLAINTIFF

*/s/ Cameron S. Bernard*
Camerson S. Bernard