UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

KEVIN JESSE SCRIVENER,

    Plaintiff,

v.

TRANS UNION LLC, et al.,

    Defendants.

Case No. 5:23-cv-06123-SRB

**DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant LexisNexis Risk Solutions Inc. hereby submits this Corporate Disclosure Statement:

Defendant LexisNexis Risk Solutions Inc. states that it is not a publicly owned company, nor does it own ten percent or more of the stock of any publicly owned company. LexisNexis Risk Solutions Inc. is a wholly owned subsidiary of LexisNexis Risk Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. RELX Overseas Holdings Limited is a wholly owned subsidiary of RELX (Holdings) Limited. RELX (Holdings) Limited is a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

DATED: November 7, 2023.

                                      Respectfully submitted,

**FOULSTON SIEFKIN, LLP**

By: */s/ Anthony F. Rupp*
     Anthony F. Rupp, MO #39081
     Cameron S. Bernard, MO #75336
     7500 College Boulevard, Suite 1400
     Overland Park, Kansas 66210
     T (913) 498-2100 | F (913) 498-2101
     trupp@foulston.com
     cbernard@foulston.com

-and-

James F. McCabe, *Pro Hac Vice*
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, California 94105
jim.mccabe@alston.com

**ATTORNEYS FOR DEFENDANT LEXISNEXIS RISK SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on November 7, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record, and a true and correct copy was served via electronic mail upon:

Jenna Dakroub
CONSUMER ATTORNEYS
jdakroub@consumerattorneys.com

ATTORNEY FOR PLAINTIFF

Steven H. Schwartz
BROWN & JAMES, PC
sschwartz@bjpc.com

-and-

Camille R. Nicodemus, *Pro Hac Vice*
SCHUCKIT & ASSOCIATES, PC
cnicodemus@schuckitlaw.com

ATTORNEYS FOR DEFENDANT
TRANS UNION, LLC


*/s/ Anthony F. Rupp*
Anthony F. Rupp