UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION
_____

KEVIN JESSE SCRIVENER,   CASE NO. 5:23-CV-6123-SRB

    Plaintiff,

vs.

TRANS UNION, LLC and LEXISNEXIS
RISK SOLUTIONS, INC.

    Defendants.
_____

## ENTRY OF APPEARANCE

COMES NOW Melanie C. Gravlin and hereby enters her appearance on behalf of Defendant, Trans Union, LLC.

Respectfully submitted,

    */s/ Melanie C. Gravin*
Steven H. Schwartz, #36436MO
sschwartz@bjpc.com
Melanie C. Gravin
mgravin@bjpc.com
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101-2000
Telephone: (314) 421-3400
Fax: (314) 421-3128

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **7th day of November, 2023**. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

  Respectfully submitted,

    */s/ Melanie C. Gravin*
Steven H. Schwartz, #36436MO
sschwartz@bjpc.com
Melanie C. Gravin
mgravin@bjpc.com
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101-2000
Telephone: (314) 421-3400
Fax: (314) 421-3128

*Counsel for Defendant Trans Union, LLC*

SHS:MCG:maf:29572976.1