**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | |
|---|---|
| KEVIN JESSE SCRIVENER,<br><br>                Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, and LEXIS NEXIS RISK SOLUTIONS, INC.,<br><br>                Defendants. | Case No.: 5:23-cv-06123-SRB |

## **DESIGNATION OF NEUTRAL**

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME: _____Angela Gupta_____

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: __x__ Mediation _____ ADR-O

SESSION DATE AND TIME: _____March 1, 2024_____

SESSION LOCATION: _____Kansas City, Missouri_____

MODE OF SESSION: In person: ___x___ Virtual: ____ Hybrid _____

RESPECTFULLY SUBMITED,

DATED: January 12, 2024.    By: */s/ Jenna Dakroub*
Jenna Dakroub, MO #73255
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

*Attorney for Plaintiff*
*Kevin Jesse Scrivener*

DATED: January 12, 2024.    By: */s/ James F. McCabe*
Anthony F. Rupp, MO #39081
Cameron S. Bernard, MO #75336
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210
T (913) 498-2100 | F (913) 498-2101
E: trupp@foulston.com
E: cbernard@foulston.com

James F. McCabe, *Pro Hac Vice*
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, California 94105
E: jim.mccabe@alston.com

*Attorneys for Defendant*
*LexisNexis Risk Solutions, Inc.*

DATED: January 12, 2024.    */s/ Camille R. Nicodemus*
Camille R. Nicodemus
Quilling, Selander, Lownds,
 Winslett & Moser, P.C.
10333 N. Meridian Street, Suite 200
Indianapolis, IN 46290
(317) 497-5600, x. 601
cnicodemus@qslwm.com

*Counsel for Defendant Trans Union, LLC*